NORMA ENID ORTIZ
ORTIZ & ORTIZ, LLP
127 LIVINGSTON STREET
BROOKLYN, NY  11201

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 13-17375

Re:   DORCAS THUKU                              Atty:  NORMA ENID ORTIZ
      1028 W CHESTNUT STREET                           ORTIZ & ORTIZ, LLP
      UNION,  NJ  07083                                127 LIVINGSTON STREET
                                                       BROOKLYN, NY  11201

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/03/2013 | $200.00 | 21032727614 | 05/30/2013 | $200.00 | 21114607825 |
| 07/02/2013 | $200.00 | 686206811 | 07/31/2013 | $200.00 | 686139827 |
| 09/04/2013 | $200.00 | 689128198 | 10/01/2013 | $200.00 | 689129291 |
| 10/30/2013 | $200.00 | 688454908 | 12/02/2013 | $200.00 | 689132395 |
| 01/02/2014 | $200.00 | 691261953 | 01/29/2014 | $200.00 | 692388617 |
| 03/04/2014 | $200.00 | 692390305 | 04/01/2014 | $200.00 | 692392410 |
| 04/29/2014 | $200.00 | 694151684 | 05/28/2014 | $200.00 | 693573096 |
| 07/01/2014 | $200.00 | 695795062 | 07/30/2014 | $200.00 | 695796851 |
| 09/02/2014 | $200.00 | 696775274 | 10/01/2014 | $200.00 | 696776040 |
| 10/30/2014 | $200.00 | 696776883 | 11/25/2014 | $200.00 | 698868360 |
| 12/30/2014 | $200.00 | 698869067 | 02/03/2015 | $200.00 | 699236212 |
| 03/03/2015 | $200.00 | 699970724 | 04/01/2015 | $200.00 | 921592888 |
| 04/29/2015 | $200.00 | 922217117 | 05/27/2015 | $200.00 | 922218805 |
| 07/01/2015 | $200.00 | 923882815 | 07/31/2015 | $200.00 | 923884345 |
| 09/01/2015 | $200.00 | 926307527 | 09/30/2015 | $200.00 | 926309068 |
| 10/30/2015 | $200.00 | 22929753993 | 11/30/2015 | $200.00 | 2587607000  - |
| 12/29/2015 | $200.00 | 22929780925 | 02/02/2016 | $200.00 | 928717920 |
| 03/10/2016 | $200.00 | 205979387669 | 04/04/2016 | $200.00 | 2902235000  - |
| 05/02/2016 | $200.00 | 2977219000  - | 05/31/2016 | $200.00 | 3050155000  - |
| 07/13/2016 | $200.00 | 3159864000  - | 08/01/2016 | $200.00 | 3204967000  - |
| 08/31/2016 | $200.00 | 3281731000  - | 09/30/2016 | $200.00 | 3357863000  - |
| 10/31/2016 | $200.00 | 3440333000  - | 11/30/2016 | $200.00 | 3513317000  - |
| 12/30/2016 | $200.00 | 3589739000  - | 01/31/2017 | $200.00 | 3671529000  - |
| 02/28/2017 | $200.00 | 3751525000  - | 03/30/2017 | $200.00 | 3836380000  - |
| 04/28/2017 | $200.00 | 3911029000  - | 05/31/2017 | $200.00 | 4001841000  - |
| 06/28/2017 | $200.00 | 4075218000  - | 07/31/2017 | $200.00 | 4161959000  - |
| 08/30/2017 | $200.00 | 4242580000  - | 09/29/2017 | $200.00 | 4321188000  - |
| 11/01/2017 | $200.00 | 4404943000  - | 11/30/2017 | $200.00 | 4475612000  - |
| 12/28/2017 | $200.00 | 4545387000  - | | | |

**Total Receipts: $11,400.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

**Chapter 13 Case # 13-17375**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DITECH FINANCIAL LLC | | | | | | |
| | 12/17/2015 | $133.96 | 745,879 | 01/19/2016 | $133.94 | 747,952 |
| | 02/16/2016 | $133.96 | 750,007 | 03/21/2016 | $133.96 | 751,972 |
| | 04/18/2016 | $133.96 | 754,049 | 05/13/2016 | $133.93 | 756,076 |
| | 06/20/2016 | $133.99 | 757,928 | 07/18/2016 | $133.95 | 760,029 |
| | 08/15/2016 | $133.96 | 761,927 | | | |
| GREEN TREE SERVICING LLC | | | | | | |
| | 11/18/2013 | $122.60 | 692,699 | 01/16/2014 | $188.20 | 697,051 |
| | 02/06/2014 | ($188.20) | 697,051 | 02/11/2014 | $371.43 | 699,332 |
| | 03/17/2014 | $136.91 | 701,531 | 04/17/2014 | $266.78 | 703,940 |
| | 05/19/2014 | $134.56 | 706,400 | 06/16/2014 | $134.51 | 708,656 |
| | 08/18/2014 | $269.05 | 713,070 | 10/09/2014 | $135.11 | 717,196 |
| | 11/13/2014 | $135.09 | 719,450 | 12/15/2014 | $270.18 | 721,708 |
| | 01/20/2015 | $135.09 | 723,820 | 03/16/2015 | $135.09 | 727,915 |
| | 04/20/2015 | $135.10 | 729,929 | 05/18/2015 | $135.08 | 731,905 |
| | 06/15/2015 | $135.09 | 734,007 | 07/20/2015 | $135.09 | 736,163 |
| | 08/10/2015 | $136.37 | 738,296 | 09/14/2015 | $136.36 | 740,208 |
| | 10/19/2015 | $136.37 | 742,394 | 11/16/2015 | $136.37 | 744,485 |
| LVNV FUNDING LLC | | | | | | |
| | 05/18/2015 | $5.08 | 732,155 | 08/15/2016 | $5.07 | 762,633 |
| | 11/20/2017 | $5.06 | 791,133 | | | |
| Marie-Ann Greenberg | | | | | | |
| | 08/09/2013 | $21.00 | 8,000,027 | 09/16/2013 | $7.00 | 8,000,031 |
| | 10/21/2013 | $23.60 | 8,000,035 | 11/18/2013 | $11.80 | 8,000,039 |
| | 01/16/2014 | $11.80 | 8,000,047 | 02/11/2014 | $23.29 | 8,000,051 |
| | 03/17/2014 | $12.01 | 8,000,055 | 04/17/2014 | $23.39 | 8,000,059 |
| | 05/19/2014 | $10.40 | 8,000,063 | 06/16/2014 | $10.11 | 8,000,067 |
| | 08/18/2014 | $20.22 | 8,000,075 | | | |
| PNC BANK | | | | | | |
| | 03/17/2014 | $48.93 | 702,181 | 04/17/2014 | $95.34 | 704,590 |
| | 05/19/2014 | $48.09 | 707,034 | 06/16/2014 | $48.07 | 709,199 |
| | 08/18/2014 | $96.16 | 713,685 | 10/09/2014 | $48.29 | 717,773 |
| | 11/13/2014 | $48.28 | 720,069 | 12/15/2014 | $96.56 | 722,274 |
| | 01/20/2015 | $48.28 | 724,428 | 03/16/2015 | $48.28 | 728,457 |
| | 04/20/2015 | $48.28 | 730,422 | 05/18/2015 | $48.27 | 732,456 |
| | 06/15/2015 | $48.29 | 734,534 | 07/20/2015 | $48.28 | 736,739 |
| | 08/10/2015 | $48.74 | 738,754 | 09/14/2015 | $48.73 | 740,765 |
| | 10/19/2015 | $48.74 | 742,945 | 11/16/2015 | $48.74 | 744,984 |
| | 12/17/2015 | $47.87 | 746,964 | 01/19/2016 | $47.87 | 749,037 |
| | 02/16/2016 | $47.88 | 751,034 | 03/21/2016 | $47.87 | 753,036 |
| | 04/18/2016 | $47.88 | 755,076 | 05/13/2016 | $47.87 | 757,032 |
| | 06/20/2016 | $47.87 | 759,024 | 07/18/2016 | $47.87 | 761,013 |
| | 08/15/2016 | $47.88 | 762,896 | 09/19/2016 | $47.87 | 764,910 |
| | 10/17/2016 | $47.87 | 766,829 | 11/15/2016 | $50.66 | 768,759 |
| | 12/19/2016 | $47.67 | 770,697 | 01/17/2017 | $47.67 | 772,565 |
| | 02/21/2017 | $47.67 | 774,524 | 03/13/2017 | $47.68 | 776,366 |
| | 04/14/2017 | $47.67 | 778,211 | 05/15/2017 | $47.69 | 780,101 |
| | 06/19/2017 | $47.67 | 782,096 | 07/17/2017 | $47.67 | 784,039 |
| | 08/14/2017 | $47.66 | 785,835 | 09/25/2017 | $47.67 | 787,778 |
| | 10/16/2017 | $47.76 | 789,563 | 11/20/2017 | $49.57 | 791,333 |
| | 12/18/2017 | $47.67 | 793,240 | | | |

**Chapter 13 Case # 13-17375**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | | | | | | |
| | 03/17/2014 | $5.63 | 702,202 | 04/17/2014 | $10.98 | 704,609 |
| | 05/19/2014 | $5.31 | 707,054 | 05/19/2014 | $5.54 | 707,054 |
| | 06/16/2014 | $5.54 | 709,217 | 08/18/2014 | $11.07 | 713,707 |
| | 10/09/2014 | $5.31 | 717,798 | 10/09/2014 | $5.56 | 717,798 |
| | 11/13/2014 | $5.56 | 720,095 | 12/15/2014 | $11.12 | 722,297 |
| | 01/20/2015 | $5.32 | 724,449 | 01/20/2015 | $5.56 | 724,449 |
| | 03/16/2015 | $5.56 | 728,479 | 04/20/2015 | $5.54 | 730,438 |
| | 05/18/2015 | $5.58 | 732,474 | 06/15/2015 | $5.33 | 734,555 |
| | 06/15/2015 | $5.55 | 734,555 | 07/20/2015 | $5.56 | 736,757 |
| | 08/10/2015 | $5.61 | 738,769 | 09/14/2015 | $5.61 | 740,784 |
| | 10/19/2015 | $5.37 | 742,962 | 10/19/2015 | $5.61 | 742,962 |
| | 11/16/2015 | $5.61 | 744,999 | 12/17/2015 | $5.51 | 746,983 |
| | 01/19/2016 | $5.52 | 749,054 | 02/16/2016 | $5.30 | 751,051 |
| | 02/16/2016 | $5.51 | 751,051 | 03/21/2016 | $5.51 | 753,054 |
| | 04/18/2016 | $5.51 | 755,095 | 05/13/2016 | $5.53 | 757,045 |
| | 06/20/2016 | $5.29 | 759,041 | 06/20/2016 | $5.50 | 759,041 |
| | 07/18/2016 | $5.51 | 761,029 | 08/15/2016 | $5.51 | 762,910 |
| | 09/19/2016 | $5.53 | 764,926 | 10/17/2016 | $5.28 | 766,841 |
| | 10/17/2016 | $5.51 | 766,841 | 11/15/2016 | $5.83 | 768,773 |
| | 12/19/2016 | $5.49 | 770,712 | 01/17/2017 | $5.49 | 772,578 |
| | 02/21/2017 | $5.35 | 774,538 | 02/21/2017 | $5.49 | 774,538 |
| | 03/13/2017 | $5.49 | 776,378 | 04/14/2017 | $5.49 | 778,225 |
| | 05/15/2017 | $5.48 | 780,114 | 06/19/2017 | $5.26 | 782,108 |
| | 06/19/2017 | $5.49 | 782,108 | 07/17/2017 | $5.51 | 784,049 |
| | 08/14/2017 | $5.47 | 785,847 | 09/25/2017 | $5.49 | 787,790 |
| | 10/16/2017 | $5.25 | 789,572 | 10/16/2017 | $5.51 | 789,572 |
| | 11/20/2017 | $5.69 | 791,343 | 12/18/2017 | $5.49 | 793,250 |
| REAL TIME SOLUTIONS INC. | | | | | | |
| | 09/19/2016 | $133.94 | 764,993 | 10/17/2016 | $133.96 | 766,905 |
| | 11/15/2016 | $141.76 | 768,837 | 12/19/2016 | $133.39 | 770,782 |
| | 01/17/2017 | $133.40 | 772,648 | 02/21/2017 | $133.38 | 774,601 |
| | 03/13/2017 | $133.38 | 776,442 | 04/14/2017 | $133.39 | 778,292 |
| | 05/15/2017 | $133.39 | 780,180 | 06/19/2017 | $133.38 | 782,179 |
| | 07/17/2017 | $133.37 | 784,113 | 08/14/2017 | $133.41 | 785,913 |
| | 09/25/2017 | $133.40 | 787,853 | 10/16/2017 | $133.29 | 789,628 |
| | 11/20/2017 | $139.01 | 791,399 | 12/18/2017 | $133.40 | 793,309 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 577.73 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,214.00 | 100.00% | 1,214.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DITECH FINANCIAL LLC | MORTGAGE ARRE | 494.03 | 100.00% | 494.03 | |
| 0002 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 633.49 | * | 58.37 | |
| 0004 | MATTLEMAN, WINROTH & MILLER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 161.28 | * | 15.21 | |
| 0006 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0009 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 2,644.07 | * | 254.85 | |
| 0010 | PNC BANK | UNSECURED | 22,962.33 | * | 2,213.33 | |
| 0011 | REAL TIME SOLUTIONS INC. | UNSECURED | 64,250.13 | * | 6,193.06 | |

**Total Paid: $11,020.58**
See Summary

**Chapter 13 Case # 13-17375**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $11,400.00    -    Paid to Claims: $9,228.85    -    Admin Costs Paid: $1,791.73    =    Funds on Hand: $379.42

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.